448 F.2d 780
 SHIVEL, INC., Plaintiff-Appellee,
v.
Fred O. WAKEFIELD et al., Defendants, Diamond Construction
Co., Defendant-Appellee,
United States of America, Defendant-Appellant.
 No. 71-1991 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Oct. 5, 1971.
 
 Gerald J. Gallinghouse, U. S. Atty., New Orleans, La., Meyer Rothwacks, Chief, Appellate Sec., Fred B. Ugast, Asst. Atty. Gen., Bennet N. Hollander, William K. Hogan, Attys., Tax Div., Dept. of Justice, Washington, D. C., Johnnie M. Walters, Asst. Atty. Gen., for defendant-appellant.
 Ben R. Miller, Sr., Baton Rouge, La., for Shivel, Inc.
 Harold J. Rhodes, Rhodes & Culotta, Berwick, La., for Diamond Construction Co.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966